## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-12504 |
| | ) | |
| FRESCO PLASTER FINISHES, INC., | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

## NOTICE OF MOTION

To:    See Attached Service List
Fresco Plaster Finishes, Inc. 228 James St., Suite 2, Barrington, IL 60010

**PLEASE TAKE NOTICE** that on the 8th day of March, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

_/s/ Joel A. Schechter_

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL  60604; (312) 332-0267

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the foregoing  notice and attached motion for final decree on the Debtor and the parties referenced on the attached service list via first class mail, postage prepaid, on the 1st day of March, 2017, before the hour of 5:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

_/s/ Joel A. Schechter_

Dan Nass
228 James Street
Suite 2
Barrington, IL 60010

District Council 1 of IL of Int'l U
c/o Barry M. Bennett
8 South Michigan Ave., 19th Floor
Chicago, IL 60603

International Union of Bricklayers
620 F Street NW
Washington, DC 20004

Jennie Nass
2614 Lakeshore Drive
Fennville, MI 49408

Josiah A. Groff
Dowd Bloch Bennett & Cervone
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

Nass, Dan
301 Ridge Road
Barrington, IL 60010

Palladio Wall Systems, Inc.
228 James Street
Suite 2
Barrington, IL 60010

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Potters Industries
PO Box 90414
Chicago, IL 60696-0614

Ralph Schwab & Schiever
175 East Hawthorn Parkway
Suite 356
Vernon Hills, IL 60061

Trustees of Bricklayers&Trowel IPF
620 F Street NW
Washington, DC 20004

Trustees of the Bricklayers & Trowe
620 F Street NW
Washington, DC 20004

Arturo Ibarra
9601 Dogwood Drive
Munster, IN 46321

Nexeo Solutions LLC
5200 Blazer Parkway
Dublin, OH 43017
Attn: Dave Sackett-DS-1

Bricklayers & Trowel Trades Int.
c/o Paul T. Berkowitz & Associates
123 West Madison St., Suite 600
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )
FRESCO PLASTER FINISHES, INC.,            )      Case No. 15-12504
                                          )
      Debtor & Debtor-in-Possession       )      Chapter 11
                                          )
                                          )      Honorable A. Benjamin Goldgar
                                          )

MOTION OF DEBTOR, FRESCO PLASTER FINISHES, INC., FOR ENTRY OF
FINAL DECREE CLOSING CHAPTER 11 CASE

NOW COMES the Debtor & Debtor-in-Possession, FRESCO PLASTER FINISHES,

INC. ("Debtor") by and through its attorney, Joel A. Schechter of the Law Offices of Joel A.

Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules

of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in

support thereof states as follows:

1.      On April 7, 2015, the Debtor filed a voluntary petition pursuant to Chapter 11 of

Title 11, United States Code ("Case").

2.      The Debtor remained in possession of its assets and continued to operate its

affairs pursuant to 11 U.S.C. §1107 and §1108.

3.      No trustee or creditors' committee was appointed herein.

4.      On May 25, 2016, an order was entered confirming the Debtor's First Amended

Plan of Reorganization ("Plan").

5.      The Plan consists of nine classes of claims and interests. Class 1 consists of the

allowed, unsecured claim of Bricklayers & Trowel Trades International Pension Fund ("IPF").

Class 2 consists of the allowed, unsecured claim of Arturo Ibarra. Class 3 consists of the

allowed, unsecured claim of Bricklayers and Stone Masons of Illinois District Council 1 BAC

Annuity Trust Fund. Class 4 consists of the allowed, unsecured claim of Administrative District

Council 1 Pension Fund and Welfare Fund.  Class 5 consists of the allowed, unsecured claim of

Administrative District Council 1 of IL of International Bricklayers & Allied Craftworkers.

Class 6 consists of the allowed, unsecured claim of Daniel Nass ("Nass") for unpaid

commissions.  Class 7 consists of the allowed, unsecured claim of Nass for loans to the Debtor.

Class 8 consists of the allowed, unsecured claims of all unsecured creditors other than those in

Classes 1-7.  Class 9 consists of the equity claim of Nass as the sole shareholder of the Debtor.

6.      The Class 1 claim is to be repaid in the amount of 100% of the allowed claim,

plus interest, in monthly installments of $5,870.55 pursuant to a promissory note executed by the

Debtor in July, 2012.

7.      The claims in Classes 2-5 are to be repaid in the amount of 100% of the allowed

claims, without interest, in quarterly installments over a period of five (5) years.

8.      The claims in Classes 6 and 7 are subordinated to the claims in Classes 1-5 and 8

and will be paid at such time as full payment is made to the claims in Classes 1-5 and 8.

9.      The claims in Class 8, if any, will be repaid in the amount of 100% of the allowed

claims, without interest, in quarterly installments over a period of five (5) years

10.      The equity interest in the Debtor will remain in Nass.

11.      Pursuant to Local Bankruptcy Rule 3022-1, the Debtor hereby alleges that all

payments required to be made pursuant to the Plan have been made and that the Debtor is

current in the obligations due under the Plan.

WHEREFORE, the Debtor, Fresco Plaster Finishes, Inc. prays the Honorable Court enter

the final decree to close the Case and for such other and further relief as the Court may deem just

and proper.

Respectfully submitted,

FRESCO PLASTER FINISHES, INC.,
Debtor & Debtor in Possession

.

By:/s/ Joel A. Schechter
        Its Attorney

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267