UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>FRESCO PLASTER FINISHES, INC.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-12504<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

### FINAL DECREE CLOSING CHAPTER 11 CASE

At Chicago, IL, this 8th day of March, 2017, before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the motion of the Debtor, Fresco Plaster Finishes, Inc. to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served upon all parties in interest and all creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the final decree closing the Chapter 11 case be, and hereby is, entered.

Enter:

**0 8 MAR 2017**

Dated:                                                                          United States Bankruptcy Judge

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20120501_bko